```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/8/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
MCGRAW-HILL GLOBAL EDUCATION :
HOLDINGS, LLC, PEARSON EDUCATION, :
INC., and CENGAGE LEARNING, INC., :
:
Plaintiffs,   :   1:17-cv-6222-GHW
:
v.   :   ORDER
:
TURCIOS et al.   :
:
Defendants.   :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On February 3, 2020, the Court ordered Plaintiffs to submit a status letter regarding the status of Defendants' pending bankruptcy cases no later than April 6, 2020. Dkt. No. 187. To date, the Court has not received this status letter. Plaintiffs are directed to file a status letter forthwith, and in no event later than July 22, 2020.

SO ORDERED.

Dated: July 8, 2020

_____
GREGORY H. WOODS
United States District Judge