```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/15/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
MCGRAW-HILL GLOBAL EDUCATION :
HOLDINGS, LLC, PEARSON EDUCATION, :
INC., and CENGAGE LEARNING, INC., :
:
              Plaintiffs, :   1:17-cv-6222-GHW
:
        v. :   ORDER
:
JORGE L. TURCIOS and PEDRO A. :
TURCIOS. :
:
             Defendants. :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

    On September 15, 2020, the Court entered a consent judgment and permanent injunction against Defendants Jorge L. Turcios and Pedro A. Turcios (the "Order"). Dkt. No. 194. Notwithstanding the provision of the Order which provides that it "shall be deemed to have been served upon the Defendants at the time of its execution by this Court," Plaintiffs are directed to serve a copy of the Order on each Defendant and to file proof of service.

    SO ORDERED.

Dated: September 15, 2020

                                  _____
                                  GREGORY N. WOODS
                                United States District Judge